RECEIVED

JUN 16 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Erik Hassing, Esq.
ID No.: EH8589
Hassing & DeFilippis, LLP
1 Gold Mine Road, Suite 6
Flanders, NJ 07836
Phone: (973)527-7400
Fax: 973-527-7403

| | |
|---|---|
| IBEW LOCAL 351 PENSION FUND, et al.<br><br>PLAINTIFFS,<br><br>VS.<br><br>METRO TEK ELECTRICAL SERVICES,<br><br>DEFENDANT. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 3:16-CV-00152-MAS-TJB<br><br>CONSENT ORDER WITHDRAWING PLAINTIFFS' MOTION TO ENTER DEFAULT, AND GRANTING DEFENDANT'S MOTION TO EXTEND THE TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO PLAINTIFFS' COMPLAINT, |

THIS MATTER having been brought before the Court by Hassing & DeFilippis, LLP, attorneys for Defendant, and the Court Having considered the papers submitted and any opposition shown:

IT IS on this __16__ day of __June__, 2016,

**ORDERED** that Plaintiffs' motion to enter default is hereby withdrawn; and it is

**FURTHER ORDERED** that the defendant's motion to extend the time to Answer, Move or otherwise reply to Plaintiff's Complaint is granted; and it is

**FURTHER ORDERED** that Defendant shall Answer, Move or otherwise reply to Plaintiff's Complaint within __7__ days of receipt of this order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served upon all counsel ~~within~~ _by CM ECF_ ~~days of the date of its entry.~~

_____
Honorable Tonianne J. Bongiovanni, U.S.D.J.

Read and consented to by counsel for Plaintiff and Defendant.

_____
Erik A. Hassing, Esq.
Attorney for Defendant

_____
Steven J. Bushinsky, Esq.
Attorney for Plaintiffs

[Docket Entry Nos 7+8 are terminated]